UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14053-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CARLOS LOPEZ-RUBIO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE LYNCH'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion and Memorandum to Dismiss Criminal Information **(D.E. No. 23)**, filed on November 15, 2013.

**THE MATTER** was referred to United States Magistrate Judge Frank J. Lynch, Jr. A Report and Recommendation **(D.E. No. 43)** was filed on December 13, 2013, recommending that Defendant's Motion and Memorandum to Dismiss Criminal Information **(D.E. No. 23)** be denied. The parties were afforded the opportunity to file written objections fourteen (14) days from the date of the report, and the record reveals that none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, Jr.'s Report and Recommendation **(D.E. No. 43)** of December 13, 2013 is hereby **AFFIRMED** and **ADOPTED** in its entirety. Defendant's Motion and Memorandum to Dismiss Criminal Information **(D.E. No. 23)** is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8 day of January, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Hon. Magistrate Lynch
All Counsel Of Record